IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In the matter of | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| JONNA JUNE L. ROLLA, | ) No. 21-30653 |
| | ) |
| Debtor, | ) |

## MOTION TO RE-OPEN CHAPTER 7 PROCEEDINGS

COMES NOW the Debtor JONNA JUNE L. ROLLA by Karl J. Wulff, her attorney, and for her Motion to Re-Open Chapter 7 Proceedings states to the Court as follows that:

1.  Debtor filed a Voluntary Petition under 11 U.S.C. Chapter 7 on September 29, 2021 and Robert E. Eggmann was appointed as Chapter 7 Trustee to administer assets of the bankruptcy estate for the benefits of the Debtor's creditors.

2.  Trustee Robert Eggmann filed his Report of No Distribution on November 19, 2021 and an Order Discharging Chapter 7 Debtor was entered on January 24, 2022. The case was closed on February 8, 2022.

3.  That it has since been brought to the attention of the undersigned that the Debtor mistakenly omitted certain pre-petition assets relating to a running dispute with her ex-spouse, including proceeds of the death benefit of a life insurance policy owned by Debtor's ex-spouse and provided by Debtor's ex-spouse's employer in which Debtor now claims a 50% joint interest, as well as various claims for contribution from this ex-spouse for expenses incurred for the benefit of Debtor's children as well as division of stimulus payments in which Debtor claims an interest. These claims were unknown to Debtor at

the time that her Voluntary Petition was filed and continue to be unliquidated and contingent as of the date of this writing, pending a determination by the state court.

4. That 11 U.S.C. §350(b) provides that a case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

5. That good cause exists for re-opening the instant case so that a case trustee may be appointed to administer assets for the benefits of Debtor's creditors.

WHEREFORE, Debtor prays for an order re-opening the instant proceeding and for such other and further relief which the Court may deem proper in the premises.

/s/ KARL J. WULFF

KARL J. WULFF, A.R.D.C. # 6244158.
KATZ & WULFF, P.C.
Attorney for the Debtor
430 Regency Centre
Collinsville, Illinois 62234
618/345-6966
618/345-0705 FAX
kjwulff@katzandwulff.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In the matter of | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| JONNA JUNE L. ROLLA, | ) No. 21-30653 |
| | ) |
| Debtor, | ) |

CERTIFICATE OF SERVICE

The undersigned, Karl J. Wulff, attorney for Debtor(s), hereby certifies that the foregoing document was mailed to all creditors of record not being electronically served, and to the Debtor(s), on this 11th day of May, 2022 with the correct postage prepaid and deposited in the U.S. Mail in Collinsville, Illinois.

Jonna Miller nee Rolla
1329 Bossler Lane
O'Fallon, IL 62269

**AND** TO ALL INTERESTED PARTIES WHO WERE NOT SERVED ELECTRONICALLY

on this 11th day of May, 2022, with the correct postage prepaid and deposited in the U.S. Mail in Collinsville, Illinois.

/s/ KARL J. WULFF

_____
KARL J. WULFF, A.R.D.C. # 6244158.
KATZ & WULFF, P.C.
Attorney for the Debtor
430 Regency Centre
Collinsville, Illinois 62234
618/345-6966
618/345-0705 FAX
kjwulff@katzandwulff.com