IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In the matter of | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | |
| JONNA JUNE L. ROLLA, | ) | No. 21-30653 |
| | ) | |
| Debtor, | ) | |

## **NOTICE OF FILING OF MOTION TO REOPEN CHAPTER 7 PROCEEDINGS**

Notice is hereby given that Debtor filed a Motion to Re-Open Chapter 7 Proceedings.

Any objection to the modification must be filed **on or before June 1, 2022**.  If no timely response is filed, an order allowing the relief sought shall be entered.

If a timely objection is filed, a hearing will be scheduled accordingly.


/s/ KARL J. WULFF

_____
KARL J. WULFF, A.R.D.C. # 6244158.
KATZ & WULFF, P.C.
Attorney for the Debtor
430 Regency Centre
Collinsville, Illinois 62234
618/345-6966
618/345-0705 FAX
kjwulff@katzandwulff.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In the matter of | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| JONNA JUNE L. ROLLA, | ) No. 21-30653 |
| | ) |
| Debtor, | ) |

## CERTIFICATE OF SERVICE

      The undersigned, Karl J. Wulff, attorney for Debtor(s), hereby certifies that the foregoing document was mailed to all creditors of record not being electronically served, and to the Debtor(s), on this 11th day of May, 2022 with the correct postage prepaid and deposited in the U.S. Mail in Collinsville, Illinois.

Jonna Miller nee Rolla
1329 Bossler Lane
O'Fallon, IL 62269

**AND** TO ALL INTERESTED PARTIES WHO WERE NOT SERVED ELECTRONICALLY

on this 11th day of May, 2022, with the correct postage prepaid and deposited in the U.S. Mail in Collinsville, Illinois.

      /s/ KARL J. WULFF

      _____
      KARL J. WULFF, A.R.D.C. # 6244158.
      KATZ & WULFF, P.C.
      Attorney for the Debtor
      430 Regency Centre
      Collinsville, Illinois 62234
      618/345-6966
      618/345-0705 FAX
      kjwulff@katzandwulff.com